EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Miguel A. Montalvo Delgado <br> CP-2013-2 | 2016 TSPR 250 <br><br> 196 DPR ____ |

Número del Caso: TS-10,202
              (CP-2013-2)


Fecha: 27 de diciembre de 2016


Abogados de la Parte Peticionaria:

     Lcdo. Guillermo Figueroa Prieto
     Lcdo. Mario Rodríguez Torres


Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In Re: | | |
|---|---|---|
| Miguel A. Montalvo Delgado<br>CP-2013-0002 | TS-10,202 | |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 27 de diciembre de 2016.

Examinada la "Moción urgente solicitando reinstalación" al ejercicio de la abogacía presentada por el Sr. Miguel A. Montalvo Delgado, se declara **<u>con lugar</u>**. Sin embargo, se le concede un término de sesenta (60) días para que acredite su cumplimiento con los créditos del Programa de Educación Jurídica Continua para los periodos de 1 de mayo de 2011 al 30 de abril de 2013 y 1 de mayo de 2013 al 30 de abril de 2015. Se le advierte que el incumplimiento con lo anterior conllevará su suspensión inmediata del ejercicio de la abogacía.

Por otra parte, se le concede a la Oficina de Inspección de Notarías un término de treinta (30) días para que nos informe sobre el estado de la obra notarial incautada del señor Montalvo Delgado.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no intervino. El Juez Asociado señor Rivera García declararía no ha lugar la solicitud de reinstalación al ejercicio de la abogacía hasta tanto el Sr. Miguel A. Montalvo Delgado certifique su cumplimiento con los requisitos del Programa de Educación Jurídica Continua.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo